**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **RANDALL B. CAUSEY** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 3:18-CV-181-CWR-LRA** |
| **A.W. CARLTON, et al.** | **DEFENDANTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Reports and Recommendations of United States Magistrate Judge Linda R. Anderson, which were signed and entered on February 20, 2020. Docket Nos. 92, 93. The Reports and Recommendations clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Reports and Recommendations as the Order of this Court. Accordingly, the motions to dismiss filed by Defendants Nurse Scott and Dr. Chambers are granted, and the complaint against them is dismissed with prejudice.

**SO ORDERED**, this the 30th day of March, 2020.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE