IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RANDALL B. CAUSEY** | **PLAINTIFF** |
| V. | **CAUSE NO. 3:18-CV-181-CWR-LRA** |
| **A.W. CARLTON, et al.** | **DEFENDANTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation (R&R) of United States Magistrate Judge Linda R. Anderson, which was signed and entered on February 20, 2020. Docket No. 94. The R&R recommends denying the United States' motion to dismiss and for the case to proceed to the discovery phase.

Having considered said R&R, the government's objections thereto, applicable statutory and case law, and being otherwise fully advised in the premises, the Court concludes that there has been no showing that the decision is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72. The United States' objection is without merit. Therefore, this Court hereby adopts, as its own opinion, the R&R of the Magistrate Judge.

Accordingly, the government's motion to dismiss is denied without prejudice. Plaintiff Causey has 60 days after entry of this Order to secure counsel. If Causey cannot obtain counsel, he may proceed *pro se* if he so chooses. As noted in the R&R, the United States may file a motion for summary judgment if it contends that Plaintiff has failed to comply with the requirements of the law at the appropriate time.

**SO ORDERED**, this the 6th day of April, 2020.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE